UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 23-166

**Motion for:** to Amend the Case Caption

**Caption [use short title]**

Set forth below precise, complete statement of relief sought:

Motion to Amend the Case Caption to remove reference to the cross-appeal (No. 23-227) dismissed on June 13, 2023.

adidas America, Inc. v. Thom Browne, Inc.

**MOVING PARTY:** Thom Browne, Inc.   **OPPOSING PARTY:** adidas America, Inc.

☐ Plaintiff    ☐ Defendant
☐ Appellant/Petitioner    ☒ Appellee/Respondent

**MOVING ATTORNEY:** John L. Welch    **OPPOSING ATTORNEY:** R. Charles Henn Jr.

[name of attorney, with firm, address, phone number and e-mail]

John L. Welch Wolf, Greenfield & Sacks, P.C.    R. Charles Henn Jr., Esq., Kilpatrick Townsend & Stockton LLP

600 Atlantic Avenue    1100 Peachtree Street NE, 2800

Boston, MA 02210 (Tel: 617-646-8000) jwelch@wolfgreenfield.com    Atlanta, Georgia 30309 (Tel: 404-815-6500) chenn@kilpatricktownsend.com

**Court- Judge/ Agency appealed from:** Judge Rakoff, Southern District of New York, Docket #21-cv-5615

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☒ Yes    ☐ No (explain):_____

Opposing counsel's position on motion:
☒ Unopposed    ☐ Opposed    ☐ Don't Know
Does opposing counsel intend to file a response:
☐ Yes    ☐ No    ☒ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?    ☐ Yes ☐ No
Has this relief been previously sought in this court?    ☐ Yes ☐ No
Requested return date and explanation of emergency: _____

Is oral argument on motion requested?    ☐ Yes    ☒ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?    ☐ Yes    ☒ No  If yes, enter date:_____

**Signature of Moving Attorney:**

/s/ John L. Welch    **Date:** 08/16/2023    Service by: ☒ CM/ECF    ☐ Other [Attach proof of service]

Form T-1080 (rev.12-13)

# 23-166

---

**UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT**

---

adidas America, Inc., an Oregon corporation,
*Plaintiff-Appellant-Cross-Appellee*,

adidas AG, a foreign entity,
*Plaintiff-Appellant-Counter Defendant-Cross-Appellee,*

v.

Thom Browne, Inc., a Delaware corporation,
*Defendant-Appellee-Counter Claimant-Cross-Appellant.*

---

On Appeal from the United States District Court
for the Southern District of New York

---

**MOTION TO AMEND CAPTION**

---

John L. Welch
John L. Strand
Wolf, Greenfield & Sacks, P.C.
600 Atlantic Avenue
Boston, MA 02210
Phone: 617.646.8000
jwelch@wolfgreenfield.com
jstrand@wolfgreenfield.com

Robert T. Maldonado
Wolf, Greenfield & Sacks, P.C.
605 Third Avenue
New York, NY 10158
Phone: 212.849.3339
rmaldonado@wolfgreenfield.com

Harley I. Lewin
Lewinconsult LLC
72 Commercial Street, #5
Portland, ME 04102
Phone: 914.310.0744
harley@lewinconsult.com

*Counsel for Appellee Thom Browne, Inc.*

Appellee Thom Browne, Inc., by and through its undersigned counsel, hereby moves to amend the caption for this appeal in light of the withdrawal of Appellee's cross-appeal No. 23-227. The court dismissed the cross-appeal on June 13, 2023 (Dkt. 60).

A proposed amended caption is attached hereto as Exhibit 1. In accordance with Local Rule 27.1, the undersigned counsel conferred with counsel for Plaintiff-Appellants adidas America, Inc. and adidas AG, and they have consented to the granting of this Motion.

## CONCLUSION

For the foregoing reasons, Thom Browne, Inc. respectfully requests that its motion be granted and that the caption be amended.

Respectfully submitted,

Date: August 16, 2023

*/s/ John L. Welch*
John L. Welch
John L. Strand
Wolf, Greenfield & Sacks, P.C.
600 Atlantic Avenue
Boston, MA 02210
Phone: 617.646.8000
jwelch@wolfgreenfield.com
jstrand@wolfgreenfield.com

Robert T. Maldonado
Wolf, Greenfield & Sacks, P.C.
605 Third Avenue
New York, NY 10158
Phone: 212.849.3339
rmaldonado@wolfgreenfield.com

Harley I. Lewin
Lewinconsult LLC
72 Commercial Street, #5
Portland, ME 04102
Phone: 914.310.0744
harley@lewinconsult.com

*Counsel for Thom Browne, Inc.*

# EXHIBIT 1

# 23-166

**UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT**

adidas America, Inc., an Oregon corporation,
*Plaintiff-Appellant*,

adidas AG, a foreign entity,
*Plaintiff-Appellant,*

v.

Thom Browne, Inc., a Delaware corporation,
*Defendant-Appellee.*

On Appeal from the United States District Court
for the Southern District of New York